**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

February 22, 2021

Antoine D Johnson
PO BOX 561
ABERDEEN, WA 98520

Your civil action *Johnson v. United States Probation & Pretrial Services* was filed in the U.S. District Clerk's office at Tacoma on February 12, 2021.

Your case has been assigned Case Number **3:21–cv–05125–RJB–DWC,** and has been assigned to Judge Robert J. Bryan, Presiding Judge, and referred to Magistrate Judge David W. Christel.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file