UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON, <br><br> Petitioner(s), <br><br> v. <br><br> UNITED STATES PROBATION & PRETRIAL SERVICES, <br><br> Respondent(s). | CASE NO. 3:21–cv–05125–JCC–DWC <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 3:21–cv–05125–JCC–DWC and bear the Judge's name in the upper right hand corner of the document.

DATED March 3, 2021

William M. McCool
Clerk of Court

By:  /s/ Tyler Campbell
        Deputy Clerk