Antoine D. Johnson, MD
P.O. Box #561
Aberdeen, Washington 98520
(360) 500-0122

The Honorable John C. Coughenhour
The Honorable David W. Christel

FILED ____ LODGED
____ RECEIVED

MAR 26 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES PROBATION AND PRETRIAL SERVICES (Custodian),<br>Respondent<br>v.<br>ANTOINE D. JOHNSON, MD,<br>Petitioner. | Case No. 3:21-cv-05125-JCC-DWC<br><br>DECLARATION |

**ANTOINE D. JOHNSON, MD swears thusly:**

I paid the $5.00 filing fee. (See Dkt. #7 & 28 USC 1914(a)).

Dated this 25th day of March, 2021.
Respectfully submitted by,

Antoine D. Johnson, MD

3/26/21
POSTAL MONEY ORDER 2692629434
IN AMOUNT OF $5.00 RECEIVED BY CLERK

DECLARATION - 1



Antoine D. Johnson, mo
P.O. Box #561
Aberdeen, WA (98520)

US District Court for the Western District
of Washington at Tacoma
1717 Pacific Avenue
Room #3100
Tacoma, WA (98402)

FILED ___ LODGED
___ RECEIVED
MAR 26 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY