**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

April 5, 2021

Antoine Douglass Johnson
PO BOX 561
ABERDEEN, WA 98520

Your civil action, ***Johnson v. United States Probation & Pretrial Services***, was filed in the United States District Court – Western District of Washington on February 12, 2021.

The case has been assigned to District Court Judge John C. Coughenour and referred to Magistrate Judge David W. Christel, case number **3:21–cv–05125–JCC–DWC**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

>**Redaction**
>The Exhibits contains personal identifiers that must be redacted per Federal Rule of Civil Procedure 5.2(a) and Local Rule of Civil Procedure 5.2 and has been sealed. You must refile a **redacted** version of the document. This will not affect your original filing date. Enclosed is the document/pages that need redaction.
>
>**Additional Notes:** Examples of personal identifiers include: dates of birth, driver license numbers, financial accounting information, etc.

The deficiencies listed above must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file