UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOINE DOUGLASS JOHNSON,

    Petitioner,

v.

UNITED STATES PROBATION &
PRETRIAL SERVICES,

    Respondent.

CASE NO. 3:21-CV-05125-JCC-DWC

ORDER

    The District Court has referred this action to United States Magistrate Judge David W. Christel. Petitioner, proceeding *pro se,* filed his federal habeas Petition, pursuant to 28 U.S.C. § 2241, challenging a 2011 federal conviction. Dkt. 10. Having reviewed the Petition, the undersigned declined to order Respondent to file an answer and directed Petitioner to show cause why the Petition should not be dismissed without prejudice. Dkt. 15. Petitioner filed Objections to the undersigned's Order to Show Cause, Dkt. 17, which are currently pending before the District Judge assigned to this matter, the Honorable John C. Coughenour. *See id.*

ORDER - 1

1   Petitioner requests the undersigned expedite consideration of his § 2241 Petition. Dkt. 22.
2   However, the Petition has not yet been served, and Petitioner's Objections are still pending
3   before Judge Coughenour. Therefore, the undersigned denies the Motion (Dkt. 22) as premature
4   without prejudice.

5   Dated this 22nd day of June, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER - 2