1  Antoine D. Johnson, MD                                    The Honorable DW Christel
   P.O. Box #561
2  Aberdeen, Washington 98520
   (360) 500-0122
3

4                       UNITED STATES DISTRICT COURT

5                  FOR THE WESTERN DISTRICT OF WASHINGTON

6                                   AT TACOMA

7  UNITED STATES PROBATION AND    Case No. 3:21-cv-05125-JCC-DWC
   PRETRIAL SERVICES (Custodian),
8                      Respondent
   v.
9  ANTOINE D. JOHNSON, MD,         OBJECTION TO MAGISTRATE ORDER.
                       Petitioner. (Re: Dkt. #23).
10

11

12

13       I.    **Magistrate Judge Christel violated the Priority of civil actions act.**

14

15  Magistrate Judge Christel-

16         "denie[d] the Motion (Dkt. #22) as premature...."

17                          [Dkt. #23: p. 2; ln. 3].

18

19

20       **I OBJECT TO THAT DENIAL** on the following grounds:

21         1. It is illogical, implausible, or without
              support in the record.
22               [See Dkt. #10: p.4; lns. 13-14].

23         2. It violates paragraph 'a' of the
24            *Priority of civil actions* statute.
                 [See 28 USC 1657(a)].
25

26

27

28

OBJECTION TO MAGISTRATE ORDER. (RE: DKT. #23). - 1

"The Supreme Court has recognized that "[p]roblems of prematurity and abstractness may well present 'insuperable obstacles' to the exercise of the Court's jurisdiction, even though that jurisdiction is technically present."" (*In re Coleman*: 560 F.3d 1000, 1006; (9th Cir. 2009)).

Accordingly, the record here must contain a dismissal[1] or recommendation for dismissal to render exercise of 28 USC 1657(a), "premature for review because the injury is speculative and may never occur." (*Wolfson v. Brammer*, 616 F.3d 1045, 1057; 2010 (9th Cir.)). To my good, the record contains no dismissal or recommended dismissal of my Petition. (See Dkt. generally). Hence, my Motion (Dkt. #22), is akin to "cases that are appropriate for federal court action" under the ripeness doctrine. (Id.).

Because Magistrate Judge Christel-

"denie[d] the Motion (Dkt. #22) as premature...."

even though the record contains no dismissal or recommended dismissal of my Petition, such denial is "illogical, implausible, or without support in inferences that may be drawn from the record" (*U.S. v. Hinkson*, 585 F.3d 1247, 1263 (9th Cir. 2009)); and, violates paragraph 'a' of the *Priority of civil actions* statute (28 USC 1657(a))[2].

Dated this 24th day of June, 2021.
Respectfully submitted by,

Antoine D. Johnson, MD

---

[1] "If the petition is not dismissed, the judge **must** order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order." (Rules Governing Section 2254 Cases- Rule 4 in pertinent part only).

[2] I brought my Petition under Chapter 153 of Title 28. (See Dkt. #10: p.4; lns. 13-14).

OBJECTION TO MAGISTRATE ORDER. (RE: DKT. #23). - 2

Antoine O. Johnson, mo
P.O. Box #561
Aberdeen, WA (98520)

```
        FILED ____ LODGED
    ____ RECEIVED
        JUN 25 2021
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY
```

TACOMA WA 983
OLYMPIA WA
24 JUN 2021 PM 2 L

98402-320099

U.S. District Court, Western District of Washington
at Tacoma
1717 Pacific Ave
Rm # 3100
Tacoma, WA (98402-3200)