Antoine D. Johnson, MD  
P.O. Box #561  
Aberdeen, Washington 98520  
(360) 500-0122  

The Honorable DW Christel

FILED LODGED  
RECEIVED  
JUN 25 2021  
CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON AT TACOMA  
BY _____ DEPUTY

UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON  
AT TACOMA

| | |
|---|---|
| UNITED STATES PROBATION AND PRETRIAL SERVICES (Custodian), Respondent  v.  ANTOINE D. JOHNSON, MD, Petitioner. | Case No. 3:21-cv-05125-JCC-DWC  DISQUALIFICATION OF JUSTICE, JUDGE, OR MAGISTRATE JUDGE. (28 U.S.C. 455, LCR #3(f)). |

I. **The injustice of Magistrate Judge Christel's Habeas Corpus Rule 4 omission produces prejudice that evidences "deep-seated favoritism or antagonism as would make fair judgment impossible." (*Liteky v. United States*, 510 U.S. 540 (1994)- holding 'b').**

The Due Process clause requires fair process in a fair tribunal before a judge with no actual/implied bias against the defendant or interest in the outcome of his particular case. (E.g., *Bracy v. Gramley*, 520 U.S. 899, 904-05 (1997)). There is a strong presumption that a judge is not biased or prejudiced. (*Rhoades v. Henry*, 598 F.3d 511, 519 (9th Cir. 2010)).

I offer evidence sufficient to rebut the presumption against judicial bias. I contend that Magistrate Judge Christel's bias is evinced by his failure to perform the following Habeas Corpus Rule 4 requirement expeditiously:

DISQUALIFICATION OF JUSTICE, JUDGE, OR MAGISTRATE JUDGE. (28 U.S.C. 455, LCR #3(F)). - 1

> "If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order."
>
> [Habeas Corpus Rule 4[1] - in pert. part].

The record contains no dismissal or recommended dismissal of my Petition. (See Dkt. generally)[2]. Thus, Magistrate Judge Christel ignored the command of the *Rules Governing Section 2254 Cases*. (Supra.). Those rules are "as binding as any statute duly enacted by Congress, and federal courts have no more discretion to disregard the Rule[s'] mandate than they do to disregard constitutional or statutory provisions." (*Bank of Nova Scotia v. United States*, 487 U.S. 250, 255; (1988). See also *Fed. Rule Civ. Proc. 1* (Federal Rules "govern the procedure in the United States district courts in all suits of a civil nature").

Magistrate Judge Christel denied my motion under 28 USC 1657(a) (see Dkt. #'s 22 & 23); but, the record shows I brought this action under chapter 153 of Title 28 of the United States Code. (Dkt. #10: p.4; lns. 13-14). Thus, Magistrate Judge Christel ignored 28 USC 1657(a): "[T]he court **shall** expedite the consideration of any action brought under chapter 153 … of this title." (28 USC 1657(a)- in pertinent part only, with emphasis added).

---

[1] Rules Governing Section 2254 Cases.
[2] "Having reviewed the Petition, the Court decline[d] to order Respondent to file an answer…." (Dkt. #15: p.1; lns. 18-19).

DISQUALIFICATION OF JUSTICE, JUDGE, OR MAGISTRATE JUDGE. (28 U.S.C. 455, LCR #3(F)). - 2

Magistrate Judge Christel's omission of *Rules Governing Section 2254 Cases* and the *Priority of civil actions* (28 USC 1657(a)), is "inconsistent with the rudimentary demands of fair procedure" (*United States v. Baker*: 790 F.2d 1437, 1439; 1986 (9th Cir.)- cit. *Hill v. United States*: 368 U.S. 424, 428; (1962)), and evidences "deep-seated favoritism or antagonism as would make fair judgment impossible." (*Liteky* @ holding 'b').

I am prejudiced by the violations of due process caused by Magistrate Judge Christel: 1) not ordering the Respondent to file an ANSWER as required by HC Rule 4; and, 2) denying my Petition the highest priority as required by 28 USC 1657(a). Magistrate Judge Christel certainly cannot be "neutral and detached[3]" because he is harming me.

Dated this 24th day of June, 2021.
Respectfully submitted by,

Antoine D. Johnson, MD

---

[3] See Code of Conduct for United States Judges: *Canon 3; para. 4* - "A judge should accord to every person who has a legal interest in a proceeding ... the full right to be heard according to law." DISQUALIFICATION OF JUSTICE, JUDGE, OR MAGISTRATE JUDGE. (28 U.S.C. 455, LCR #3(F)). - 3

Antoine O. Johnson, mo
P.O. Box # 561
Aberdeen, WA (98520)

FILED ____ LODGED
____ RECEIVED

JUN 25 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

98402-320099

TACOMA WA 983
OLYMPIA WA
24 JUN 2021 PM 2 L

The United States District Court for the Western
District of Washington, at Tacoma
1717 Pacific Ave
Rm # 3100
Tacoma, WA (98402-3200)