THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTOINE JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES PROBATION AND PRETRIAL SERVICES,<br><br>               Defendant. | CASE NO. C21-5125-JCC-DWC<br><br>ORDER |

      This matter comes before the Court on Mr. Johnson's response to Magistrate Judge Christel's order to show cause (Dkt. No. 17) and objections to Magistrate Judge Christel's order denying his motion to expedite (Dkt. No. 25). Having considered Mr. Johnson's briefing and the relevant record, the Court OVERRULES the objections and DENIES the motions without prejudice.

      Magistrate Judge Christel identified deficiencies in Mr. Johnson's petition and ordered Mr. Johnson to explain why the petition should not be dismissed. (*See* Dkt. No. 15.) In response, Mr. Johnson filed a document entitled "Objections to Order to Show Cause," in which Mr. Johnson disagrees with portions of Magistrate Judge Christel's order. (*See* Dkt. No. 17.) Although this document is entitled "objections," the Court concludes that it is, in substance, a response to Magistrate Judge Christel's order to show cause. Therefore, the Court finds it most

ORDER
C21-5125-JCC-DWC
PAGE - 1

prudent for Magistrate Judge Christel to consider the response and issue a final order. If Mr. Johnson disagrees with that final order, he may object at that time.

The Court also reviewed Mr. Johnson's motion for expedited consideration (Dkt. No. 22), Magistrate Judge Christel's order denying that motion (Dkt. No. 23), and Mr. Johnson's objections to that order (Dkt. No. 25). The Court OVERRULES Mr. Johnsons' objections and concludes that Magistrate Judge Christel's disposition of that motion was appropriate.

For the foregoing reasons, the Court OVERRULES Mr. Johnson's objections in Docket Numbers 17 and 25 and DENIES those motions without prejudice.

DATED this 2nd day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5125-JCC-DWC
PAGE - 2