Antoine D. Johnson, MD  
P.O. Box #561  
Aberdeen, Washington 98520  
(564) 544-0864

The Honorable D.W. Christel

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES PROBATION AND PRETRIAL SERVICES (Custodian), Respondent<br><br>v.<br><br>ANTOINE D. JOHNSON, MD, Petitioner. | Case No. 3:21-cv-05125-JCC-DWC<br><br>**PRAECIPE.** |

FILED _____ LODGED  
_____ RECEIVED  
AUG 13 2021  
CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON AT TACOMA  
                                              DEPUTY

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

*You will please* docket the "LETTER" at Dkt. #48 as a Motion to Disqualify Magistrate Judge Christel. (See *Wright v. Wash. Dep't of Corr.*, No. 3:19-cv-5279 RBL-JRC, at *2 (W.D. Wash. June 4, 2019)- "Plaintiff then sent a letter to this Court, which the Clerk docketed as a motion ....").

Dated this 11th day of August, 2021.  
Respectfully submitted by,

_____  
Antoine D. Johnson, MD

1

PRAECIPE

Antoine D. Johnson, mo
P.O. Box # 561
Aberdeen, WA (98520)

FILED ____ LODGED
____ RECEIVED
AUG 13 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

TACOMA WA 983
OLYMPIA WA
11 AUG 2021 PM 4 L

United States District Court for the Western
District of Washington, at Tacoma
1717 Pacific Ave
Rm # 3100
Tacoma, WA (98402-3200)

98402-320099