1 | Antoine D. Johnson, MD                                    The Honorable D.W. Christel
  | P.O. Box #561
2 | Aberdeen, Washington 98520
  | (564) 544-0864
3
4 |                    UNITED STATES DISTRICT COURT
5 |              FOR THE WESTERN DISTRICT OF WASHINGTON
6 |                              AT TACOMA
7 | UNITED STATES PROBATION AND  | Case No. 3:21-cv-05125 JCC-DWC
  | PRETRIAL SERVICES (Custodian),
8 |                  Respondent
  | v.
9 | ANTOINE D. JOHNSON, MD,       | PRAECIPE.
  |                  Petitioner.
10

*FILED / LODGED / RECEIVED  AUG 13 2021  CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA  BY ___ DEPUTY*

## TO THE CLERK OF THE ABOVE-ENTITLED COURT:

*You will please* docket the "LETTER" at Dkt. #49 as a Motion Challenging Magistrate Judge Christel Jurisdiction. ("The Clerk of Court docketed a letter from Plaintiff as a Motion"- *Riedesel v. Thurston Cnty. Jail*, No. 3:14-CV-05947-BHS-DWC, at *1 n.1 (W.D. Wash. July 10, 2015)).

Dated this 11th day of August, 2021.
Respectfully submitted by,

_____
Antoine D. Johnson, MD

PRAECIPE

1

Antoine D. Johnson jr
P.O. Box #561
Aberdeen, WA [98520]

FILED ___ LODGED
___ RECEIVED
AUG 13 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

TACOMA WA 983
OLYMPIA WA
11 AUG 2021 PM 4 L

98402-323499

United States District Court for the Western
District of Washington, at Tacoma
1717 Pacific Ave
Rm #3100
Tacoma, WA [98402 - 3200]