Antoine D. Johnson, MD
P.O. Box #561
Aberdeen, Washington 98520
(564) 544-0864

The Honorable D.W. Christel

FILED _____ LODGED
_____ RECEIVED
AUG 25 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES PROBATION AND PRETRIAL SERVICES (Custodian), Respondent  v.  ANTOINE D. JOHNSON, MD, Petitioner. | Case No. 3:21-cv-05125 JCC-DWC  **NOTICE OF SECOND MOTION TO EXPEDITE CONSIDERATION.**  (Re: Dkt. #'s 31 & 45) |

**THE HONORABLE J.C. COUGHENOUR** denied Dkt. #22 without prejudice. (See Dkt. #45: p.2; lns. 3-8). Ergo, it is most prudent for Magistrate Judge Christel to consider my Second Motion to Expedite Consideration (Dkt. #31), and issue an order[1] *if he has jurisdiction*[2].

Dated this 22nd day of August, 2021.
Respectfully submitted by,

_____
Antoine D. Johnson, MD

---

[1] "This Court has jurisdiction pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Magistrate Judge Rules **MJR 1**, MJR 3 and MJR 4." *Northwest Home Designing, Inc. v. Golden Key Constr.*, Inc., No. 11-cv-05289 RBL, at *1 (W.D. Wash. June 27, 2012)- emphasis added.

[2] Magistrate Judge Christel found: "Petitioner has not yet responded to the Court's Order, and instead, objected to the undersigned's Order to Show Cause." (Dkt. #36: p.2; lns. 17-18). District Judge Coughenour OVERRULED that finding: "Although this document is entitled 'objections,' the Court concludes that it is, in substance, a response to Magistrate Judge Christel's order to show cause." (Dkt. #45: p.1; lns. 25-26). Thus, Magistrate Judge Christel's "clear error" (see FRCP #72(a)), is "contrary to law" (id.), and thereby disqualifying since it gives the unconstitutional appearance of injustice, targeting a traditional suspect class member. (See **MJR 1(j)** & LCR 1(d)- "Fair and equal treatment must be accorded all courtroom participants"). Recall, I am a Negro litigant.

1
NOTICE OF SECOND MOTION TO EXPEDITE CONSIDERATION. (RE: DKT. #'S 31 & 45)



Antoine O. Johnson, mo
P.O. Box # 561
Aberdeen, WA (98520)

FILED ___ LODGED
___ RECEIVED
AUG 25 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

TACOMA WA 983
OLYMPIA WA
23 AUG 2021 PM 4 L

United States District Court for the Western
District of Washington, at Tacoma
1717 Pacific Ave
Rm # 3100
Tacoma, WA (98402-3200)

98402-323499