Antoine D. Johnson, MD
P.O. Box #561
Aberdeen, Washington 98520
(564) 544-0864

FILED _____ LODGED
_____ RECEIVED

SEP 08 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable J.C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

UNITED STATES PROBATION AND PRETRIAL SERVICES (Custodian),
Respondent

v.

ANTOINE D. JOHNSON, MD,
Petitioner.

Case No. 3:21-cv-05125 JCC-DWC

Request for Judicial Notice of Adjudicative Fact. (FRE #201).

1.    Please take judicial notice of Docket #395: p.2; lns. 2-4 of the underlying criminal case No. 3:09-cr-05703-RBL where the Honorable R.S. Lasnik finds:

> "Nothing in 21 C.F.R. 1301.28, or any legal authority citing to the regulation, refers to or identifies the 'holding out' requirement in 42 C.F.R. 2.12(e)(1)."

2.    Please take judicial notice of Docket #15: p.9; lns. 21-22 through p.10; lns. 1-2 of my **first** 2255 Motion, case No. 3:14-cv-06018-RBL, where the Honorable R.B. Leighton found:

> "This so-called evidence relates, again, to the claim that Johnson 'held himself out' as a substance abuse treatment facility, which the Ninth Circuit has already addressed. This is not a claim of actual innocence, and Johnson is procedurally barred from re-litigating it."

Dated this 6th day of September, 2021.
Respectfully submitted by,

_____
Antoine D. Johnson, MD

1
REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACT. (FRE #201).

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020. All rights reserved.

**FROM:**
Antoine D Johnson, mo
P.O. Box #561
Aberdeen, WA (98520)

**TO:**
United States District Court for
The Western District of Washington,
at Tacoma
1717 Pacific Ave
Rm # 3100
Tacoma, WA (98402-3200)

FILED _____ LODGED
_____ RECEIVED

SEP 08 2021

CLERK U.S. DISTRICT COURT AT TACOMA
WESTERN DISTRICT OF WASHINGTON      DEPUTY
BY

---

**P** US POSTAGE PAID
Origin: 98501
09/07/21
5461510874-11

**$7.95**

**PRIORITY MAIL 1-DAY®**

0 Lb 2.80 Oz
1005

C007

EXPECTED DELIVERY DAY: 09/08/21

SHIP
TO:
1717 PACIFIC AVE
RM 3100
Tacoma WA 98402-3234

**USPS TRACKING® #**

9605 5162 1627 1250 6444 07

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**RATE**
■ ANY WEI

**KED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

0001000014